IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER ROCK,

    Plaintiff,

v.

JACKSON CO. SHERIFF'S OFFICE CO. JAIL, et al.,

    Defendants.

Civil No. 1:18-cv-02070-JR

ORDER

SIMON, Judge.

On March 7, 2019, this Court issued an order requiring plaintiff to file a notice of change of address within 60 days of the date of the order or show cause why this action should not be dismissed. *See* Local Rule 83-12.

Plaintiff failed to file a notice of change of address or show cause why this action should not be dismissed. Accordingly, IT IS ORDERED that this action is dismissed, without prejudice. The Court FINDS MOOT Defendants' Motion to Dismiss for Failure to State Claim (ECF No. 15).

IT IS SO ORDERED.

DATED this 10 day of May, 2019.

Michael H. Simon
United States District Judge

1 - ORDER